UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCOTT MERRITT,

    Plaintiff,

v.                                    Case No: 6:19-cv-2352-Orl-28GJK

AUE STAFFING INC. and CHARLES HALL,

    Defendants.

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement Agreement and Dismiss Case With Prejudice (Doc. 21). A United States Magistrate Judge has submitted a Report (Doc. 22) recommending that the Court either dismiss the case with prejudice or approve the settlement agreement and then dismiss the case. The parties have filed a Joint Notice of Non-Objection (Doc. 23) to the Report.

After review of the record in this matter, and noting the Joint Notice of Non-Objection, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement and Dismiss Case With Prejudice (Doc. 21) is **GRANTED**. The Court hereby **approves** the parties' settlement agreement, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on April 22, 2020.

                                                                    _____
                                                                    JOHN ANTOON II
                                                                    United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties